UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY LAMAR CARD,<br><br>              Plaintiff,<br><br>   v.<br><br>DALE BAMFORD, *et al.*,<br><br>             Defendants. | CASE NO. 3:25-cv-05219-TMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold, objections to the R&R, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court ADOPTS the R&R.

(2)     This case is DISMISSED without prejudice for failure to prosecute. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED as moot.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 22nd day of May.

                                                     Tiffany M. Cartwright
                                                     United States District Judge